■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LE ROY DEWER, Appellant.—Appeal by the defendant from two judgments of the Supreme Court, Queens County (Dunkin, J.), both rendered April 11, 1985, convicting him of criminal possession of a weapon in the third degree under indictment No. 4614/84, and of attempted murder in the second degree, assault in the first degree and criminal possession of a weapon in the second degree under indictment No. 4836/84, upon his pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defen-

dant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Thompson, J. P., Bracken, Brown, Weinstein and Spatt, JJ., concur.